IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC C. McCOLLISTER,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 11-0525 |
| | : | |
| **SUPERINTENDENT CAMERON,** | : | |
| et al., | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this 14th day of August, 2014, upon consideration of the petitioner's *pro se* motion for relief from judgment (Document #43), it is hereby ORDERED that the motion is DISMISSED with prejudice for lack of jurisdiction.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.