## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ERIC MCCOLLISTER,** | : | **CIVIL ACTION** |
|  | : |  |
| Petitioner, | : |  |
| **v.** | : |  |
|  | : |  |
| **SUPERINTENDENT CAMERON,** *et al.*, | : | **NO. 11-525** |
|  | : |  |
| Respondents. | : |  |

## <u>ORDER</u>

**AND NOW,** this 12th day of February, 2025, upon consideration of Petitioner's motion for relief under Federal Rules of Civil Procedure 60(b) and (d) (ECF No. 68), and all responses thereto, it is hereby **ORDERED** that the motion is **DISMISSED** with prejudice for lack of jurisdiction.


BY THE COURT:



_____
Hon. Mia R. Perez